IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

21 JUN 21 PM 3: 08

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

ADMIRAL INSURANCE          §
COMPANY,                   §
              PLAINTIFF,   §
                           §
V.                         §          CASE NO. 1:20-CV-399-LY
                           §
K&K ROOFING AND            §
CONSTRUCTION LLC,          §
              DEFENDANT.   §

## ORDER ON REPORT AND RECOMMENDATION

Before the court in the above-styled and numbered cause of action are Admiral Insurance

Company's Motion for Summary Judgment and Alternative Motion for Partial Summary

Judgment, filed January 6, 2021 (Dkt. 20); K&K Roofing and Construction LLC's Motion to

Dismiss for Lack of Subject Matter Jurisdiction, filed January 28, 2021 (Dkt. 28); Admiral

Insurance Company's Response to K&K's Motion to Dismiss, filed February 8, 2021 (Dkt. 29);

and K&K's Reply to Admiral's Response, filed February 12, 2021 (Dkt. 31). The motions and

responses were referred to the United States Magistrate Judge for a Report and Recommendation

as to the merits pursuant to 28 U.S.C. § 636(b), Rule 72 of the Federal Rules of Civil Procedure,

and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western

District of Texas.

The magistrate judge filed a Report and Recommendation on May 20, 2021 (Dkt. 32),

recommending the court grant K&K's motion to dismiss for lack of subject-matter jurisdiction and

dismiss the suit without prejudice under Federal Rule of Civil Procedure 12(b)(1). The magistrate

judge further recommends that Admiral's motion for summary judgment and alternative motion

for partial summary judgment be dismissed.

A party may serve and file specific written objections to the proposed findings and recommendations of a magistrate judge within 14 days after being served with a copy of the report and recommendation and thereby secure *de novo* review by the district court. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *See Douglass v. United Services Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

The parties in this cause were properly notified of the consequences of a failure to file objections. Objections to the report and recommendation were due on June 3, 2021. As of the date of this order, no party has filed objections to the findings of fact and conclusions of law in the report and recommendation. The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation of the magistrate judge for substantially the reasons stated therein.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Dkt. 32) is **ACCEPTED AND ADOPTED** by the court.

**IT IS FURTHER ORDERED** that K&K's Motion to Dismiss (Dkt. 28) is **GRANTED.** This suit is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 12(b)(1).

**IT IS FINALLY ORDERED** that Admiral's Motion for Summary Judgment and Alternative Motion for Partial Summary Judgment (Dkt. 20) is **DISMISSED.**

A Final Judgment shall be filed subsequently.

SIGNED this _____ day of June, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE