IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, § § § | |
| PLAINTIFF, § § | |
| V. § | CASE NO. 1:20-CV-399-LY |
| § § | |
| K&K ROOFING AND CONSTRUCTION LLC, § § § | |
| DEFENDANT. § | |

## **FINAL JUDGMENT**

Before the court is the above entitled cause of action. On this date, the court rendered an order dismissing Plaintiff's suit against Defendant without prejudice. The court therefore renders the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that Defendant K&K Roofing and Construction LLC is awarded costs.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this 21st day of June, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE